1
2
3
4
5

6               **UNITED STATES DISTRICT COURT**

7                       **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,              )
                                           )
9               Plaintiff,                 )
                                           )
10          v.                             )        2:11-CR-056-GMN (LRL)
                                           )
11   ANTHONY CAUBET,                       )
                                           )
12  _____Defendant.          )

13              **PRELIMINARY ORDER OF FORFEITURE**

14          This Court finds that on June 10, 2011, defendant ANTHONY CAUBET pled guilty to Count

15  One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in

16  violation of Title 18, United States Code, Section 922(g)(1). Docket #1.

17          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

18  America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

19  Criminal Indictment and the offense to which defendant ANTHONY CAUBET pled guilty.

20          The following assets are subject to forfeiture pursuant to Title 18, United States Code,

21  Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

22                  a.      a Taurus, .38 caliber revolver, serial number YE83088; and

23                  b.      any and all ammunition ("property")..

24          This Court finds the United States of America is now entitled to, and should, reduce the

25  aforementioned property to the possession of the United States of America.

26  . . .

1    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

2  United States of America should seize the aforementioned property.

3    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

4  ANTHONY CAUBET in the aforementioned property is forfeited and is vested in the United States

5  of America and shall be safely held by the United States of America until further order of the Court.

6    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

7  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

8  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

9  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

10  the name and contact information for the government attorney to be served with the petition,

11  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

12    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

13  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

14    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

15  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

16  following address at the time of filing:

17          Michael A. Humphreys
            Assistant United States Attorney
18          Daniel D. Hollingsworth
            Assistant United States Attorney
19          Lloyd D. George United States Courthouse
            333 Las Vegas Boulevard South, Suite 5000
20          Las Vegas, Nevada 89101.

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

**DATED** this 6th day of July, 2011.

_____

Gloria M. Navarro
United States District Judge